IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>GPX INTELLIGENCE, LLC, d/b/a LOGISTIMATICS<br><br>Defendant. | C.A. No. 21-636-GBW |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

WHEREAS, on June 1, 2023, the Court issued an Order (D.I. 8) directing Plaintiff to, on or before June 15, 2023, either (1) file a return of service (or waiver of service) indicating that service of the summons and complaint in this action had been made within the 90 days prescribed by Rule 4(m), or (2) show good cause for failure to serve the summons and complaint and why the Court should extend the deadline for service (*see* D.I. 8 at 2); and

WHEREAS, Plaintiff failed to comply with the Court's Order.

THEREFORE, IT IS HEREBY ORDERED this 17th day of July 2023 that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to serve the summons and complaint within 90 days after the complaint was filed and for failure to show case for said failure. The Clerk of Court is directed to CLOSE this case.

The Honorable Gregory B. Williams
United States District Judge

1